UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW UD STRAW,

        Plaintiff,

v.

SCOTT S HARRIS,

        Defendant.

Case No. C20-410-RSL

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. The undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 16th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1